```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**STEVEN J. HAYS**                                                      **PLAINTIFF**

       v.              Civil No. 12-5034

**THE WILLIAMS LAW FIRM;**
**THE MUNICIPALITY OF GENTRY, ARKANSAS;**
**and THE MUNICIPALITY OF HIGHFILL, ARKANSAS**             **DEFENDANTS**

### O R D E R

NOW on this 27th day of March 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 4), filed on February 29, 2012, to which no objections have been filed.  The Court has reviewed the Report and Recommendation and finds it sound in all respects and finds that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 4) is hereby **adopted in *toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Proceed IFP (Doc. 4) is hereby **granted**, but Plaintiff's Complaint is hereby **dismissed** because it is frivolous, fails to state a claim on which relief may be granted, and seeks monetary relief against a defendant who is immune from suit.  This case is hereby **dismissed**.

    IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE